**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 22-6237**

——————————

BRENT EDWARD CLARK,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

——————————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:20-cv-00223-GMG)

——————————

Submitted:  July 27, 2022                    Decided:  August 24, 2022

——————————

Before GREGORY, Chief Judge, and HARRIS and QUATTLEBAUM, Circuit Judges.

——————————

Affirmed by unpublished per curiam opinion.

——————————

Brent Edward Clark, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Edward Clark appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Clark's complaint under the Federal Tort Claims Act.  We have reviewed the record and affirm. *See Rich v. United States*, 811 F.3d 140, 144 (4th Cir. 2015) (stating that a district court's dismissal for lack of subject matter jurisdiction is reviewed de novo).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*